PLYMOUTH CLOTHING HOUSE v. GEORGE E. LENNON.[1]

April 5, 1901.

Nos. 12,558—(157).

Action in the district court for Ramsey county to recover $265.15, balance due upon an account stated. Defendant set up a counterclaim for a balance of $1,000 due for services. The case was tried before O. B. Lewis, J., and a jury, which rendered a verdict for defendant in the sum of $816.48. From an order denying plaintiff's motion for a new trial, it appealed. Affirmed.

*Nelson & Bramhall*, for appellant.

*How & Taylor*, for respondent.

PER CURIAM.

We have attentively considered all of the assignments of error in this case, and we do not deem them of sufficient merit to warrant discussion.

Order affirmed.